# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT JACKSON

| | |
|---|---|
| SUSIE RILEY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:18-cv-01159- |
| ) | STA-egb |
| v. ) | |
| ) | |
| COMENITY BANK, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Susie Riley and Defendant Comenity Bank stipulate to the dismissal of Plaintiff's claims with prejudice, with each party to bear its own attorneys' fees and costs.

Date: November 5, 2018

*/s/ Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Telephone (512) 322-3912
Facsimile (561) 961-5684
aradbil@gdrlawfirm.com

*Counsel for Plaintiff*

*/s/ Zachary D. Miller*
Zachary D. Miller (BPR# 032674)
Burr & Forman, LLP
222 Second Ave. South, Suite 2000
Nashville, TN  37201
Telephone (615) 724-3216
Facsimile (615) 724-3316
zmiller@burr.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via the Court's ECF system on November 5, 2018, which will provide notice to all counsel of record.

By: */s/ Aaron D. Radbil*
    Aaron D. Radbil

1